# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 225 WAL 2016 |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| DAVON TERRELL WYATT, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 226 WAL 2016 |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| DAVON TERRELL WYATT, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.